IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL DEAN BIAMONT | ) | |
| GWENEVERE ROZEANNA BIAMONT, | ) | Case No. 00-41256-ABF |
| | ) | |
| Debtors. | ) | |

## *MOTION TO PAY MONEY INTO COURT REGISTRY*

COMES NOW David C. Stover, Trustee in the captioned Chapter 7 Estate, and moves this Court enter its Order pursuant to 11 U.S.C. § 347 allowing the Trustee to pay monies into the Court registry from an unpaid checks and for his Suggestions in Support of said Motion states as follows:

1. The Court entered its Order Approving Final Report of Trustee and Trustee's Fees and Expenses and Directing Distribution of Funds on Hand in Accordance with the Proposed Distribution on May 7, 2010.

2. That the following checks written on May 7, 2010, pursuant to the Final Report remain outstanding:

> Check #10106 to Cross Country in the amount of $106.56
> #10108 to ICB, Cunningham Auto Body in the amount of $80.39

3. The Trustee has made numerous attempts to locate good addresses for the creditors, to no avail.

4. Section 347(a) provides that the trustee shall stop payment on all checks unpaid ninety days after distribution and that said funds shall be paid into court for disposition under chapter

129 of Title 28.

      WHEREFORE, David C. Stover, Trustee, respectfully requests this Court enter its Order allowing the Trustee to pay the funds into the Court registry

                                          GUNN, SHANK & STOVER, P.C.

                                          /s/David C. Stover
                                          David C Stover    #21555
                                          9800 NW Polo, Suite 100
                                        Kansas City, MO 64153
                                        Telephone (816) 454-5600
                                        Fax (816)   454-3678
                                        TRUSTEE

I hereby certify that on June 1, 2010, a true and correct copy of the foregoing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and to:

Office of U.S. Trustee
at USTPregion13.kc.ecf@usdoj.gov

                                          /s/David C. Stover
                                          David C. Stover